PS 42
(Rev 07/93)

# United States District Court

## Southern District of Ohio

**United States of America**           )
                                        )
     **vs**     )
                                        )
                                        )
**Janesa Williams**                    )     Case No. 3:12-00069P

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Janesa Williams, have discussed with Kelvin Gover, Pretrial Services Officer, modification of my release as follows:

*The defendant will participate in a psychological and/or substance abuse evaluation and follow through with the recommended treatment by that agency.*

I consent to this modification of my release conditions and agree to abide by this modification.

X _____  8/14/12   _____  8/14/12
Signature of Defendant       Date      Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  8-14-12
Signature of Defense Counsel            Date

[✓]   The above modification of conditions of release is ordered, to be effective on August 16, 2012

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_Michael Newman_,                       August 16, 2012
Signature of Judicial Officer  USMJ      Date